IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LATRICE WASHINGTON, o/b/o S.L.T.W., a minor child, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-12-598-C |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on July 11, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of Judge Mitchell (Dkt. No. 21) is adopted and the decision of the Commissioner denying supplemental security income payments on behalf of Plaintiff's minor child is affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 13th day of August, 2013.

ROBIN J. CAUTHRON
United States District Judge